*615
ON THE COURT’S OWN MOTION

EDWARD C. PRADO, Circuit Judge:
The Court having been polled at the request of one of its members, and a majority of the judges who are in regular active service and not disqualified not having voted in favor (Fed. R.App. P. 35 and 5th Cir. R. 35), rehearing en banc is DENIED. In the en banc poll, seven judges voted in favor of rehearing (Judges Jolly, Jones, Smith, Clement, Owen, Elrod, and Southwiek) and eight judges voted against rehearing (Chief Judge Stewart and Judges Davis, Dennis, Prado, Haynes, Graves, Higginson, and Costa).
Rehearing en banc is DENIED. Judge Smith, joined by Judges Jones, Clement, and Elrod, dissents from the Court’s denial of rehearing en banc, and his dissent is attached.